TESS B. SCHWARTZ, Appellant, *v.* OTTO SCHWARTZ, Respondent.

Submitted February 25, 1946; decided March 7, 1946.

*Charles Wilson* for motion.
*Sydney J. Schwartz* opposed.

Motion granted and appeal dismissed, without costs.